IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES C. WHITWORTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:17-cv-01121 |
| ) | Judge Trauger |
| CORECIVIC, INC., ET AL., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On August 15, 2018, the magistrate judge issued a Report and Recommendation (DE #94), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (Docket No. 8) is DENIED. This case remains on referral to the magistrate judge for further handling under the original referral order.

It is so **ORDERED**.

ENTER this 11th day of September 2018.

_____
ALETA A. TRAUGER
U.S. District Judge